IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLLEEN WAGNER and REGIS WAGNER, III, W/H,  :<br>           Plaintiffs,             :<br>                                          :<br>     v.                                   :<br>                                          :<br>THE PROGRESSIVE CORPORATION,              :<br>           Defendant.                    : | Civil No. 5:20-cv-05407-JMG |

**ORDER**

**AND NOW,** this 28th day of December, 2021, upon consideration of Defendant's Motion in Limine to Preclude the Testimony of Stuart J. Setcavage (ECF No. 21), and Plaintiffs' Response in Opposition (ECF No. 27), it is hereby **ORDERED** that the Motion (ECF No. 21) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge